HORNBLOWER & WEEKS, Respondent, v. ELEANOR B. SHERWOOD, Appellant; THE SHERIFF OF THE CITY OF NEW YORK et al., Respondents, et al., Defendants.

Submitted July 14, 1954; decided July 14, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 307 N. Y. 204.]